IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-01282-REB-MEH

URSULA DABERKOW, Personal Representative of the Estate of WAYNE D. DABERKOW, deceased,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING MOTION TO CONSOLIDATE

**Blackburn, J.**

The matter before me is the **Joint Motion To Consolidate** [#62], filed December 18, 2007. I grant the motion.

The parties move jointly for consolidation of 07-cv-02477-MSK-CBS with my case, 06-cv-01282-REB-MEH. Their joint motion implicates Fed.R.Civ.P. 42 and D.C.COLO.LCivR 42.1. The two cases present common issues of fact and law. The same attorneys represent the parties in each action. Thus, the joint motion to consolidate should be granted in the interests of justice.

**THEREFORE, IT IS ORDERED** that the parties' **Joint Motion To Consolidate** [#62], filed December 18, 2007, is **GRANTED**.

Dated December 18, 2007, at Denver, Colorado.

                                              **BY THE COURT:**
                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**